1 WALI SHAH FAZAL
2 BK#1100003627
3 SANTA ANA JAIL
4 P.O BOX 22003
5 SANTA ANA CA 92702

FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CAILFORNIA

IN THE MATTER OF: )
UNITED STATES OF AMERICA ) Case # SA CR-11-133-JVS
)
     PLANTIFF, ) RE: MOTION REQUESTING LEGAL
) SUPPLIES.
    vs. )
)
WALI SHAH FAZAL )
)
     DEFENDANT.. )

I WALI SHAH FAZAL, REQUEST THE COURT TO GRANT MY MOTION FOR LEGAL SUPPLIES AND ORDER THE CHIEF OF POLICE, SANTA ANA JAIL POLICE DEPARTMENT AND JAIL STAFF TO PERMIT ME WALI SHAH FAZAL BK# 1100003627 TO RECEIVE LEGAL SUPPLIES, FOR THE PURPOSE OF PROFORMING MY LEGAL DEFENSE IN TH E ABOVE ,TITLED CASE, INCLUDING, BUT NOT LIMITED TO FILE FOLDERS, LEGAL PADS, DIVIDERS, Hi LITERS AND ANY OTHER ITEMS WHICH IS CONSISTENT WITH SANTA ANA JAIL.

DATE JUNE 11, 2012

WALI SHAH FAZAL

*[signature: Wali Fazal]*

JUDGE, UNITED STATES DISTRICT COURT

**DENIED BY ORDER OF JAMES V. SELNA, UNITED STATES DISTRICT JUDGE ON 6/18/12**

*Without prejudice. Defendant appears to have Counsel. Defendant should confer with counsel on appropriate way to proceed.*

Page 1   {PLEADING TITLE}

Document Author
Address
City, State, Zip
Phone