O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Wali Fazal<br><br>                Defendant. | Case No.: SACR 11-133 JVS-10<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of CA**, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **instant allegations; lack of willing sureties**

```
 1
 2
 3              and/or
 4  B.    (✓) The defendant has not met his/her burden of establishing by clear and
 5        convincing evidence that he/she is not likely to pose a danger to the safety of any
 6        other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
 7        finding is based on  criminal history
 8
 9
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  1/26/17
17                                              ~~ROBERT N. BLOCK~~  KAREN E. SCOTT
                                                UNITED STATES MAGISTRATE JUDGE
```